

# Fourth Court of Appeals
## San Antonio, Texas

December 3, 2019

No. 04-19-00506-CV

Virginia J. **BARGAS**, Individually and as Guardian for Plaintiff David A. Bargas,
Appellant

v.

Fabrication of Rig & Exploration Equipment, Inc.,
Appellee

From the 218th Judicial District Court, Karnes County, Texas
Trial Court No. 15-07-001644-CVK-A
Honorable Lynn Ellison, Judge Presiding

## O R D E R

The Appellee's Second Motion to Extend Time to File Brief is hereby GRANTED. Time is extended to December 5, 2019.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of December, 2019.

_____
MICHAEL A. CRUZ,
Clerk of Court